NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CLETURS SMITH, DOC #R13213,          )
                                     )
            Appellant,               )
                                     )
v.                                   )      Case No.  2D17-131
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed April 13, 2018.

Appeal from the Circuit Court for Pinellas
County; Philip J. Federico, Judge.

Cleturs Smith, pro se.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.